# EXHIBIT A

 **Outlook**

---

**RE: Activity in Case 1:25-cv-01015-RCL WIDAKUSWARA et al v. LAKE et al Motion to Stay**

---

From  Johnson, Stephanie (USADC) <Stephanie.Johnson5@usdoj.gov>
Date  Fri 4/25/2025 1:14 PM
To    Georgina Yeomans <GYeomans@afscme.org>; Gonzalez Horowitz, Brenda (USADC) <Brenda.Gonzalez.Horowitz@usdoj.gov>; Andrew G. Celli <acelli@ecbawm.com>
Cc    VOA ALL PL counsel <voaallplcounsel@ecbawm.com>

📎 1 attachment (2 MB)
USAGM DC Cir Stay Pending Appeal.pdf;

Good Afternoon,

Please see the courtesy copy of the emergency motion filed today in the appellate case attached. Please be advised that the emergency motion filed in both appellate cases are the same.

Sincerely,

**Stephanie R. Johnson**
Assistant United States Attorney
United States Attorney's Office
District of Columbia
601 D Street, NW
Washington, DC 20530
Office Phone: ▓▓▓▓▓▓▓▓▓
Work Cell Phone: ▓▓▓▓▓▓▓▓▓
Email: Stephanie.Johnson5@usdoj.gov

---

**From:** Georgina Yeomans <GYeomans@afscme.org>
**Sent:** Friday, April 25, 2025 9:27 AM
**To:** Gonzalez Horowitz, Brenda (USADC) <Brenda.Gonzalez.Horowitz@usdoj.gov>; Andrew G. Celli <acelli@ecbawm.com>
**Cc:** VOA ALL PL counsel <voaallplcounsel@ecbawm.com>; Johnson, Stephanie (USADC) <Stephanie.Johnson5@usdoj.gov>
**Subject:** [EXTERNAL] RE: Activity in Case 1:25-cv-01015-RCL WIDAKUSWARA et al v. LAKE et al Motion to Stay

Good morning Brenda,

We are not prepared to stipulate to an administrative stay. Our request is that the Government give us an opportunity to respond to your motion, filed late last night, and give Judge Lamberth an opportunity to rule on the request, as Federal Rule of Appellate Procedure 8 contemplates. We think this is reasonable in light of FRAP 8 and in light of the harm the Government relies on in its brief.

FRAP 8 requires that a party move first in the district court for a stay pending appeal, and allows parties to move in the Court of Appeals initially only when it would be impracticable to move first in the district court. While the Government has technically filed a motion in the district court, it has stated its intention to move in the DC Circuit nearly simultaneously—giving Judge Lamberth less than one business day to rule and necessarily requiring that he do so without giving us an opportunity to respond. But the government cites May 2 as the first day it will be required to disburse money to any statutory grantee. We do not concede that amounts to irreparable harm to the government or that it outweighs the significant irreparable harm to the plaintiffs that a stay would impose. But even assuming that it does, it would not be impracticable to give us a chance to respond to your motion. We've committed to responding on Monday and have agreed that you may file your stay with the D.C. Circuit as early as Tuesday, giving both the district court and the D.C. Circuit several days prior to May 2 to enter an administrative stay, should they view doing so as appropriate.

We hope that you will reconsider your position.

Regards,
Georgina

**Georgina Yeomans** | Associate General Counsel
AFSCME | Office of the General Counsel
1625 L Street, N.W. | Washington, D.C. | 20036
o: ███████████ | gyeomans@afscme.org



---

**From:** Gonzalez Horowitz, Brenda (USADC) <Brenda.Gonzalez.Horowitz@usdoj.gov>
**Sent:** Friday, April 25, 2025 7:01 AM
**To:** Andrew G. Celli <acelli@ecbawm.com>
**Cc:** VOA ALL PL counsel <voaallplcounsel@ecbawm.com>; Johnson, Stephanie (USADC) <Stephanie.Johnson5@usdoj.gov>
**Subject:** Re: Activity in Case 1:25-cv-01015-RCL WIDAKUSWARA et al v. LAKE et al Motion to Stay

> **This message is from an external sender.**

Andrew,

The Government intends on moving today for a stay in the D.C. Circuit. If Plaintiffs wanted to stipulate to the administrative stay part of our request (that is, a stay until the D.C. Circuit resolves our motion) we could agree to your proposal. Thanks.

Best,
Brenda

**Brenda González Horowitz**
Assistant United States Attorney
Ph: ███████████ | Brenda.Gonzalez.Horowitz@usdoj.gov

**From:** Andrew G. Celli <acelli@ecbawm.com>
**Sent:** Thursday, April 24, 2025 10:29 PM
**To:** Gonzalez Horowitz, Brenda (USADC) <Brenda.Gonzalez.Horowitz@usdoj.gov>
**Cc:** VOA ALL PL counsel <voaallplcounsel@ecbawm.com>; Johnson, Stephanie (USADC) <Stephanie.Johnson5@usdoj.gov>
**Subject:** [EXTERNAL] Re: Activity in Case 1:25-cv-01015-RCL WIDAKUSWARA et al v. LAKE et al Motion to Stay

Brenda --

Would the Govt be willing stipulate to Plaintiffs filing a response to your motion in the district court on Monday, with an understanding that if Judge Lamberth does not rule within 24 hours of our response, you could file with the circuit at that point? Please let us know by reply all. Thanks.

Best,
Andy

Andrew G. Celli, Jr.
Emery Celli Brinckerhoff Abady
 Ward & Maazel LLP
One Rockefeller Plaza
8th Floor
New York, NY 10020
[redacted]

*pronouns: he/him/his*

*Please note our new office address*

---

**From:** Dan Eisenberg <deisenberg@ecbawm.com>
**Sent:** Thursday, April 24, 2025 8:25:16 PM
**To:** Andrew G. Celli <acelli@ecbawm.com>; Debbie Greenberger <dgreenberger@ecbawm.com>; Nick Bourland <NBourland@ecbawm.com>
**Cc:** Esete Amare <eamare@ecbawm.com>
**Subject:** FW: Activity in Case 1:25-cv-01015-RCL WIDAKUSWARA et al v. LAKE et al Motion to Stay


Daniel M. Eisenberg
Emery Celli Brinckerhoff Abady Ward & Maazel LLP

---

**From:** DCD_ECFNotice@dcd.uscourts.gov <DCD_ECFNotice@dcd.uscourts.gov>
**Sent:** Thursday, April 24, 2025 8:24 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:25-cv-01015-RCL WIDAKUSWARA et al v. LAKE et al Motion to Stay


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Columbia**

## Notice of Electronic Filing

The following transaction was entered by Gonzalez Horowitz, Brenda on 4/24/2025 at 8:24 PM and filed on 4/24/2025

**Case Name:** WIDAKUSWARA et al v. LAKE et al
**Case Number:** 1:25-cv-01015-RCL
**Filer:** KARI LAKE
VICTOR MORALES
U.S. AGENCY FOR GLOBAL MEDIA
**Document Number:** 102

**Docket Text:**
**MOTION to Stay re [99] Order *Granting Plaintiffs' Preliminary Injunction* by KARI LAKE, VICTOR MORALES, U.S. AGENCY FOR GLOBAL MEDIA. (Attachments: # (1) Declaration of Roman Napoli, # (2) Declaration of Crystal Thomas)(Gonzalez Horowitz, Brenda)**

**1:25-cv-01015-RCL Notice has been electronically mailed to:**

Abigail Stout     abigail.stout@usdoj.gov

Brenda A. Gonzalez Horowitz     brenda.gonzalez.horowitz@usdoj.gov, CaseView.ECF@usdoj.gov

Daniel M. Eisenberg     deisenberg@ecbawm.com, docketing@ecbawm.com, eamare@ecbawm.com

David A. Schulz     schulzd@ballardspahr.com, appell@ballardspahr.com, baileys@ballardspahr.com, earlb@ballardspahr.com, LitDocket_East@ballardspahr.com

David Z. Seide     davids@whistleblower.org

Georgina C. Yeomans     gyeomans@afscme.org

Kristin Lee Bateman     kbateman@democracyforward.org, ecf@democracyforward.org

Lin Weeks     lweeks@rcfp.org

Matthew Stark Blumin     mblumin@afscme.org, matt@ciw-online.org

Norman Larry Eisen     norman@statedemocracydefenders.org, docketing@statedemocracydefenders.org

Robin F. Thurston     rthurston@democracyforward.org, ecf@democracyforward.org

Skye Perryman     sperryman@democracyforward.org, ecf@democracyforward.org

Stephanie R. Johnson     Stephanie.Johnson5@usdoj.gov, CaseView.ECF@usdoj.gov, EHaramalis1@usa.doj.gov, JFinnigan@usa.doj.gov

**1:25-cv-01015-RCL Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=4/24/2025] [FileNumber=9498332-0]
[85e5d7d46956545f2f499cabc342408b9174c475b9cab4937390a3bcbdba31e4db75
d994292901dd5044568dc9b608c49c37cda6b30663ef8918f59b1053758d]]
**Document description:** Declaration of Roman Napoli
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=4/24/2025] [FileNumber=9498332-1]
[a2b5236827c2c87720c98daba4848e8d919481a66449429c5f58eb432584314f0ee7
c772de4ca36add55661e3f9165f9ad1a05f6be3c959577e4dd8166fce0b2]]
**Document description:** Declaration of Crystal Thomas
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=4/24/2025] [FileNumber=9498332-2]
[2d2714fbf2962d53a2aa1f7e9cac725e9fb6d75d2b5e0063e480eba8f4dfad231757
a0ebbe37d1f5c812dd146c9e3c326e5f7c8c732db1216db70609059dad93]]