**No. 25-5144**                                                   **September Term, 2024**

1:25-cv-01015-RCL

**Filed On:** April 27, 2025

Patsy Widakuswara, et al.,

      Appellees

   v.

Kari Lake, in her official capacity as Senior
Advisor to the Acting CEO of the U.S. Agency
for Global Media, et al.,

      Appellants

**No. 25-5145**                                                      1:25-cv-00887-RCL

Michael Abramowitz, in his official capacity as
Director of Voice of America, et al.,

      Appellees

   v.

Kari Lake, in her official capacity as Senior
Advisor to the Acting CEO of the United
States Agency for Global Media, et al.,

      Appellants

    **BEFORE:**    Pillard, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for an administrative stay and

partial stay pending appeal, it is

      **ORDERED** that appellees file responses to the emergency motion by Tuesday, April 29, 2025.  Any reply is due by Thursday, May 1, 2025.

**Per Curiam**

                                    **FOR THE COURT:**
                                    Clifton B. Cislak, Clerk

                 BY:    /s/
                          Erica Thorner
                          Deputy Clerk