# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-5144** | **September Term, 2024** |
| | 1:25-cv-01015-RCL |
| | **Filed On:** April 28, 2025 |

Patsy Widakuswara, et al.,

    Appellees

    v.

Kari Lake, in her official capacity as Senior Advisor to the Acting CEO of the U.S. Agency for Global Media, et al.,

    Appellants

| | |
|---|---|
| **No. 25-5145** | 1:25-cv-00887-RCL |

Michael Abramowitz, in his official capacity as Director of Voice of America, et al.,

    Appellees

    v.

Kari Lake, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media, et al.,

    Appellants

# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5144**             **September Term, 2024**

**No. 25-5150**

            1:25-cv-00966-RCL

Middle East Broadcasting Networks, Inc.,

       Appellee

   v.

United States of America, et al.,

       Appellants

**No. 25-5151**

            1:25-cv-00907-RCL

Radio Free Asia,

       Appellee

   v.

United States of America, et al.,

       Appellants

     **BEFORE:**     Pillard, Katsas, and Rao, Circuit Judges

## O R D E R

     Upon consideration of the motions for an administrative stay and stay pending appeal filed in these cases, and the responses thereto, and the motion for expedited consideration filed in No. 25-5150 and No. 25-5151, it is

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5144**                      **September Term, 2024**

       **ORDERED** that any remaining responses to the motions for an administrative stay and stay pending appeal are now due by 10:00 a.m. on Tuesday, April 29, 2025. Any replies are now due by 11:59 p.m. on Tuesday, April 29, 2025.

**<u>Per Curiam</u>**

                                          **FOR THE COURT:**
                                          Clifton B. Cislak, Clerk

                   BY:     /s/
                              Amy Yacisin
                              Deputy Clerk