United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 25-5144                 September Term, 2024

1:25-cv-01015-RCL

Filed On: April 29, 2025

Patsy Widakuswara, et al.,

      Appellees

    v.

Kari Lake, in her official capacity as Senior Advisor to the Acting CEO of the U.S. Agency for Global Media, et al.,

      Appellants

**BEFORE:** Pillard, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the motion to strike and the supplement, and the opposition thereto, it is

**ORDERED** that the motion to strike be denied. Motions to strike are disfavored, see Stabilisierungsfonds Fur Wein v. Kaiser Stuhl Wine Distribs. Pty. Ltd., 647 F.2d 200, 201 (D.C. Cir. 1981) (per curiam), and the motion here lacks merit, see Fed. R. App. P. 8(a).

**Per Curiam**

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                BY:    /s/
                              Selena R. Gancasz
                              Deputy Clerk