

U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7215
Washington, DC 20530

Tel: 202-514-1838

May 1, 2025

VIA CM/ECF

Clifton Cislak, Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, NW
Washington, DC 20001

RE: *Widakuswara v. Lake* (and consolidated cases), Nos. 25-5144, 25-5145, 25-5150, 25-5151 (D.C. Cir.)

Dear Mr. Cislak:

    As referenced in our emergency motion to stay, one aspect of the district court's order requires the U.S. Agency for Global Media to release approximately $15 million in taxpayer funds. We have been informed that, in the absence of a stay, the government expects to take irrevocable steps to release funds as soon as tomorrow morning, May 2, 2025. *See also* Add. 52-53 (estimating that a stay would be needed by May 2, 2025). We therefore respectfully request that the Court grant relief, in the form of an administrative stay or a full stay, today.

                                              Sincerely,

                                              */s/ Daniel Tenny*
                                              Daniel Tenny

cc: Counsel of Record (via CM/ECF)