

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7260
Washington, DC 20530

Tel: 202-514-1838

May 14, 2025

VIA CM/ECF

Clifton Cislak, Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, NW
Washington, DC 20001

RE: *Widakuswara v. Lake* (and related cases), Nos. 25-5144, 25-5145, 25-5150, 25-5151 (D.C. Cir.), and *RFE/RL, Inc. v. Lake*, No. 25-5158

Dear Mr. Cislak:

      We write to provide an update on the above captioned cases. On May 7, after the court granted RFE/RL's (commonly known as Radio Free Europe) motion to stay in No. 25-5158, the en banc court administratively stayed the court's order. Accordingly, the district court's temporary restraining order entered on April 29, 2025, was back in effect. The district court's order required the U.S. Agency for Global Media to (1) "immediately enter into a grant agreement with [RFE/RL] covering April 2025 under the same terms and conditions applicable to the most recent master grant agreement between the parties, in materially identical terms to the agreement between the parties pertaining to March 2025" and (2) "immediately disburse RFE/RL's April funding in the amount of $12,178,590." *RFE/RL* Stay Mot. Add. 22. The Agency entered into such a grant agreement, and since the en banc court's administrative stay, the Agency has disbursed the April funding to Radio Free Europe. Accordingly, because the challenged district-court order applied only to April funding, the government intends to move to dismiss the *RFE/RL v. Lake* appeal as moot.

      In the same order, the en banc court issued an administrative stay of the motions panel's stay of provision (2) of the district court's preliminary injunction filed April 22, 2025, in Case No. 25-5144; the district court's preliminary

injunction filed April 25, 2025, in Case No. 25-5150; and the district court's preliminary injunction filed April 25, 2025, in Case No. 25-5151. The Agency has disbursed April funds to Radio Free Asia and is in the process of taking the necessary steps to disburse May funds pursuant to the district court's order. As to Middle East Broadcasting Networks, although payments were delayed while the Network needed to update an identification number that was a prerequisite to payment, the Network has now updated the identification number and those payments can be processed. These disbursements do not moot these cases, however, because the district court ordered full restoration of Radio Free Asia's and Middle East Broadcasting Networks' FY 2025 grants and monthly status reports apprising the district court of the monthly disbursements. *Widakuswara* Stay Mot. Add. 38.

                Sincerely,

                */s/ Daniel Tenny*
                Daniel Tenny

cc:    Counsel of Record (via CM/ECF)