# Exhibit A



VIA: Electronic Mail

**NOTICE OF TERMINATION FOR CONVENIENCE**

May 15, 2025



The purpose of this notice is to notify you your Personal Service Contract (PSC) is hereby terminated for convenience and will be effective, 11:59PM May 30, 2025, per clause FAR 52.212-4(l) (Termination for the Government's Convenience).

Currently you are on paid Administrative Leave until the effective date of May 30, 2025.

Instructions on collecting your belongings and returning badges, credentials, laptops, and other Government Furnished Equipment (GFE) will be sent to you this week.

Your final pay will be processed to include administrative leave, compensation leave and unused PTO.

J1 Visa holders can contact HRVisaHelp@usagm.gov.



Please acknowledge receipt of this Notice of Termination for Convenience

(End of Notice)

330 Independence Avenue, SW    Washington, DC 20237