# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

| | | |
|---|---|---|
| JONATHAN S. ABADY<br>MATTHEW D. BRINCKERHOFF<br>ANDREW G. CELLI, JR.<br>RICHARD D. EMERY<br>DEBRA L. GREENBERGER<br>DIANE L. HOUK<br>DANIEL J. KORNSTEIN<br>JULIA P. KUAN<br>HAL R. LIEBERMAN<br>ILANN M. MAAZEL<br>KATHERINE ROSENFELD<br>ZOE SALZMAN<br>SAM SHAPIRO<br>EARL S. WARD<br>O. ANDREW F. WILSON | ATTORNEYS AT LAW<br>ONE ROCKEFELLER PLAZA<br>8TH FLOOR<br>NEW YORK, NEW YORK 10020<br><br>TEL: (212) 763-5000<br>FAX: (212) 763-5001<br>www.ecbawm.com | DANIEL M. EISENBERG<br>VASUDHA TALLA<br><br>ERIC ABRAMS<br>NICK BOURLAND<br>HANNAH BRUDNEY<br>SARA LUZ ESTELA<br>BIANCA HERLITZ-FERGUSON<br>LAURA S. KOKOTAILO<br>SONYA LEVITOVA<br>HAFSA S. MANSOOR<br>SANA MAYAT<br>VIVAKE PRASAD<br>MAX SELVER<br>MAGGIE TURNER<br>EMILY K. WANGER<br>RACHAEL WYANT<br>SYDNEY ZAZZARO |

May 16, 2025

*Via CM/ECF*

Clifton Cislak, Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, NW
Washington, DC 20001

      *Re: Widakuswara v. Lake,* No. 25-5144

Dear Mr. Cislak:

      In response to Defendants-Appellants' May 14, 2025 letter, Plaintiffs-Appellees file this letter to alert the Court to additional updated information.

      On May 15, Defendants-Appellants U.S. Agency for Global Media terminated all personal service contractors (PSCs), including Plaintiffs John Doe 3 and John Doe 4. *See* Ex. A. The termination is effective May 30, after which date Does 3 and 4 will have thirty days before they are required to leave the United States and return to their home countries where they face risk of persecution. *See Widakuswara v. Lake*, No. 25-5144, 2025 WL 1288817, at *14 (D.C. Cir. May 3, 2025) (Pillard, J., dissenting) (setting forth irreparable harm to Does 3 and 4). This development underscores the serious, irreparable harm Plaintiffs-Appellees face in the absence of part (1) of the district court's injunction—harm the Defendants-Appellees do not acknowledge in their opposition to Plaintiffs-Appellees petition for rehearing en banc.

      Defendants-Appellants' decision to terminate *en masse* all PSCs a second time also belies their argument that they are engaged in individual personnel decisions that should be challenged on a contractor-by-contractor basis. *See* Defs.' Response to Emergency Pet'n for Rh'g En Banc, No. 25-5144, at 8-9.

Respectfully Submitted,

GOVERNMENT ACCOUNTABILITY
PROJECT

_____/s/_____
David Z. Seide (D.C. Bar # 421899)
1612 K Street, NW
Washington, DC 20006
(202) 457-0034
davids@whistleblower.org

*Counsel for Plaintiffs Patsy Widakuswara, Jessica Jerreat, Kathryn Neeper, John Doe 1, John Doe 2, John Doe 3, and John Doe 4*

AMERICAN FEDERATION OF STATE,
COUNTY, AND MUNICIPAL
EMPLOYEES, AFL-CIO (AFSCME)

_____/s/_____
Teague Paterson (D.C. Bar # 144528)
Matthew Blumin (D.C. Bar # 1007008)
Georgina Yeomans (D.C. Bar # 1510777)
1625 L Street, N.W.
Washington, D.C. 20036
(202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org
GYeomans@afscme.org

*Counsel for Plaintiff American Federation of State, County, and Municipal Employees, AFL-CIO (AFSCME)*

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP

_____/s/_____
Andrew G. Celli, Jr.**
Debra L. Greenberger**
Daniel M. Eisenberg (D.C. Bar # 90017823)
Nick Bourland**
One Rockefeller Plaza, 8th Floor
New York, New York 10020
(212) 763-5000
acelli@ecbawm.com
dgreenberger@ecbawm.com
deisenberg@ecbawm.com
nbourland@ecbawm.com

*Counsel for Plaintiffs Patsy Widakuswara, Jessica Jerreat, Kathryn Neeper, John Doe 1, John Doe 2, John Doe 3, John Doe 4, American Federation of State, County and Municipal Employees (AFSCME); American Federation of Government Employees (AFGE); American Foreign Service Association (AFSA); and the NewsGuild-CWA*

AMERICAN FOREIGN SERVICE
ASSOCIATION

_____/s/_____
Sharon Papp (D.C. Bar # 107992)
Raeka Safai (D.C. Bar # 977301)
2101 E Street, N.W.
Washington, D.C. 20037
(202) 338-4045
papp@afsa.org
safai@afsa.org

*Counsel for Plaintiff American Foreign Service Association (AFSA)*

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO | STATE DEMOCRACY DEFENDERS FUND |
| _____/s/_____<br>Rushab Sanghvi (DC Bar # 1012814)<br>80 F. Street, NW<br>Washington, DC 20001<br>(202) 639-6424<br>SanghR@afge.org<br><br>*Counsel for American Federation of Government Employees, AFL-CIO (AFGE).* | _____/s/_____<br>Norman L. Eisen (D.C. Bar # 435051)<br>Joshua Kolb*<br>600 Pennsylvania Avenue SE #15180<br>Washington, DC 20003<br>Norman@statedemocracydefenders.org<br>Joshua@statedemocracydefenders.org<br><br>*Counsel for Reporters Sans Frontières, Reporters Without Borders, Inc., American Federation of State, County and Municipal Employees (AFSCME); and American Federation of Government Employees (AFGE)* |
| DEMOCRACY FORWARD FOUNDATION | MEDIA FREEDOM & INFORMATION ACCESS CLINIC - YALE LAW SCHOOL[1] |
| _____/s/_____<br>Kristin Bateman***<br>Robin F. Thurston (D.C. Bar # 1531399)<br>Skye L. Perryman (D.C. Bar # 984573)<br>P.O. Box 34553<br>Washington, DC 20043<br>(202) 448-9090<br>kbateman@democracyforward.org<br>rthurston@democracyforward.org<br>sperryman@democracyforward.org<br><br>*Counsel for Plaintiffs American Federation of State, County and Municipal Employees (AFSCME); American Federation of Government Employees (AFGE); American Foreign Service Association (AFSA); and the NewsGuild-CWA* | _____/s/_____<br>David A. Schulz (D.C. Bar # 459197)<br>127 Wall Street<br>New Haven, CT 06520<br>tobin.raju@YLSClinics.org<br>David.schulz@YLSClinics.org<br><br>*Counsel for Plaintiffs Patsy Widakuswara, Jessica Jerreat, Kathryn Neeper, and John Does 1-4* |

\* *Pro hac vice* application forthcoming

\*\* *Pro hac vice* application pending

\*\* D.C. Bar admission pending. Admitted only in California; practice supervised by members of the D.C. Bar.

---

[1] The views expressed herein do not purport to represent the institutional views of Yale Law School, if any.

# Exhibit A



VIA: Electronic Mail

### NOTICE OF TERMINATION FOR CONVENIENCE

May 15, 2025



The purpose of this notice is to notify you your Personal Service Contract (PSC) is hereby terminated for convenience and will be effective, 11:59PM May 30, 2025, per clause FAR 52.212-4(l) (Termination for the Government's Convenience).

Currently you are on paid Administrative Leave until the effective date of May 30, 2025.

Instructions on collecting your belongings and returning badges, credentials, laptops, and other Government Furnished Equipment (GFE) will be sent to you this week.

Your final pay will be processed to include administrative leave, compensation leave and unused PTO.

J1 Visa holders can contact HRVisaHelp@usagm.gov.



Please acknowledge receipt of this Notice of Termination for Convenience

(End of Notice)

330 Independence Avenue, SW     Washington, DC 20237