**[ORAL ARGUMENT NOT SCHEDULED]**

Nos. 25-5144, 25-5145

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

PATSY WIDAKUSWARA, *et al.*,

    Plaintiffs-Appellees,

v.

KARI LAKE, *et al.*,

    Defendants-Appellants.

MICHAEL ABRAMOWITZ, *et al.*,

    Plaintiffs-Appellees,

v.

KARI LAKE, *et al.*,

    Defendants-Appellants.

**STATEMENT OF POTENTIAL ISSUES TO BE RAISED**

YAAKOV M. ROTH
  *Acting Assistant Attorney General*

ERIC D. MCARTHUR
  *Deputy Assistant Attorney General*

MARK R. FREEMAN
DANIEL TENNY
ABIGAIL STOUT
  *Attorneys*
  *Civil Division, Room 7215*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 514-1838*
  *daniel.tenny@usdoj.gov*

**STATEMENT OF POTENTIAL ISSUES TO BE RAISED**

The issue on appeal is whether the district court erred in entering a preliminary injunction.

Respectfully submitted,

YAAKOV M. ROTH
  *Acting Assistant Attorney General*

ERIC D. MCARTHUR
  *Deputy Assistant Attorney General*

MARK R. FREEMAN

*/s/ Daniel Tenny*
DANIEL TENNY
ABIGAIL STOUT
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7215*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 514-1838*
  *daniel.tenny@usdoj.gov*

**CERTIFICATE OF SERVICE**

I certify that on May 27, 2025, a true and correct copy of this document was filed with the Clerk for the United States Court of Appeals for the District of Columbia Circuit via the Court's electronic filing system, which will forward a copy to all counsel of record

                                             */s/ Daniel Tenny*
                                             Daniel Tenny