# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**CIVIL DOCKETING STATEMENT**
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 25-5144
2. DATE DOCKETED: 04-24-2025
3. CASE NAME (lead parties only) Widakuswara v. Lake
4. TYPE OF CASE: ☒ District Ct - ☐ US Civil ☐ Private Civil ☐ Criminal ☐ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court  ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?  ☐ Yes ☒ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.        Bankruptcy Court Docket No.        Tax Court Docket No.
      Civil Action 25-cv-1015          Bankruptcy                          Tax
      Criminal                          Adversary
      Miscellaneous                     Ancillary
   b. Review is sought of:
      ☐ Final Order    ☒ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Royce C. Lamberth          Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 04-22-2025    e. Date notice of appeal filed: 04-24-2025
   f. Has any other notice of appeal been filed in this case?  ☐ Yes ☒ No  If YES, date filed:
   g. Are any motions currently pending in trial court?  ☐ Yes ☒ No  If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?  ☒ Yes ☐ No
      If NO, why not?
   i. Has this case been before the Court under another appeal number? ☐ Yes  Appeal #  ☒ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ☒ Yes ☐ No  If YES, give each case's court and case name, and docket number:
      RFE/RL, Inc. v. Lake, 25-799 (D.D.C.), on appeal No. 25-5158; Open Technology Fund v. Lake, 25-840 (D.D.C.); Middle East
   k. Does this case turn on validity or correct interpretation or application of a statute?  ☒ Yes ☐ No
      If YES, give popular name and citation of statute Tucker Act (28 U.S. Code § 1491)
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ☐ Yes ☒ No  If so, provide program name and participation dates

Signature /s/ Abigail Stout    Date 05-27-2025
Name of Party Kari Lake, in her official capacity as Senior Advisor to the Acting CEO of the
Name of Counsel for Appellant/Petitioner Daniel Tenny and Abigail Stout
Address U.S. Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530
Phone ( 202 ) 514-1838    Fax (    ) -

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)