# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5144**  **September Term, 2024**

1:25-cv-01015-RCL

Filed On: June 9, 2025

Patsy Widakuswara, et al.,

    Appellees

    v.

Kari Lake, in her official capacity as Senior Advisor to the Acting CEO of the U.S. Agency for Global Media, et al.,

    Appellants

---

**No. 25-5145**

1:25-cv-00887-RCL

Michael Abramowitz, in his official capacity as Director of Voice of America, et al.,

    Appellees

    v.

Kari Lake, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media, et al.,

    Appellants

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5144**  September Term, 2024

**No. 25-5150**

1:25-cv-00966-RCL

Middle East Broadcasting Networks, Inc.,

    Appellee

    v.

United States of America, et al.,

    Appellants

**No. 25-5151**

1:25-cv-00907-RCL

Radio Free Asia,

    Appellee

    v.

United States of America, et al.,

    Appellants

    **BEFORE:** Katsas, Rao, and Walker, Circuit Judges

## O R D E R

Upon consideration of the joint motion to establish briefing schedule, it is

**ORDERED** that the following briefing format and schedule will apply in these cases:

| | |
|---|---|
| Appellants' Opening Brief (not to exceed 15,000 words) | June 25, 2025 |

| | |
|---|---|
| Appendix | June 25, 2025 |
| Appellees' Brief with regard to the Restoration of Employees and Contractors (not to exceed 7,500 words) | July 15, 2025 |
| Appellees' Brief with regard to the Restoration of Grants (not to exceed 7,500 words) | July 15, 2025 |
| Appellants' Reply Brief (not to exceed 6,500 words) | July 31, 2025 |

The Clerk is directed to schedule these cases for oral argument on the first appropriate date following the completion of briefing. The parties will be informed later of the date of oral argument and the composition of the merits panel.

Appellants should raise all issues and arguments in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Internal Procedures 43-44 (2024); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
      Selena R. Gancasz
      Deputy Clerk