**No. 25-5144**　　　　　　　　　　　　　　**September Term, 2024**

　　　　　　　　　　　　　　　　　　　　　　1:25-cv-01015-RCL
　　　　　　　　　　　　　　　　　　　　　　1:25-cv-00887-RCL
　　　　　　　　　　　　　　　　　　　　　　1:25-cv-00966-RCL
　　　　　　　　　　　　　　　　　　　　　　1:25-cv-00907-RCL

　　　　　　　　　　　　　　　　　　　　**Filed On: July 1, 2025** [2123364]

Patsy Widakuswara, et al.,

　　　　Appellees

　　v.

Kari Lake, in her official capacity as Senior Advisor to the Acting CEO of the U.S. Agency for Global Media, et al.,

　　　　Appellants

**No. 25-5145**

　　　　　　　　　　　　　　　　　　　　　　1:25-cv-00887-RCL

Michael Abramowitz, in his official capacity as Director of Voice of America, et al.,

　　　　Appellees

　　v.

Kari Lake, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media, et al.,

　　　　Appellants

| | |
|---|---|
| **No. 25-5144** | **September Term, 2024** |

**No. 25-5150**

1:25-cv-00966-RCL

Middle East Broadcasting Networks, Inc.,

    Appellee

    v.

United States of America, et al.,

    Appellants

**No. 25-5151**

1:25-cv-00907-RCL

Radio Free Asia,

    Appellee

    v.

United States of America, et al.,

    Appellants

### O R D E R

    It is **ORDERED**, on the court's own motion, that these cases be scheduled for oral argument on September 22, 2025, at 9:30 A.M. The composition of the argument panel will usually be revealed thirty days prior to the date of oral argument on the court's web site at www.cadc.uscourts.gov.

    The time and date of oral argument will not change absent further order of the Court.

    A separate order will be issued regarding the allocation of time for argument.

**FOR THE COURT:**

Clifton B. Cislak, Clerk

BY:   /s/
      Michael C. McGrail
      Deputy Clerk

The following forms and notices are available on the Court's website:

Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)