# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5144**  **September Term, 2024**

1:25-cv-01015-RCL
1:25-cv-00887-RCL

**Filed On: July 23, 2025** [2126887]

Patsy Widakuswara, et al.,

    Appellees

    v.

Kari Lake, in her official capacity as Senior Advisor to the Acting CEO of the U.S. Agency for Global Media, et al.,

    Appellants

**No. 25-5145**

1:25-cv-00887-RCL

Michael Abramowitz, in his official capacity as Director of Voice of America, et al.,

    Appellees

    v.

Kari Lake, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media, et al.,

    Appellants

    **BEFORE:** Henderson, Wilkins, and Katsas, Circuit Judges

## O R D E R

Upon consideration of the Widakuswara and Abramowitz appellees' motion for leave to file a special appendix, and the lodged supplemental appendix, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged supplemental appendix.

### Per Curiam

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

    BY:    /s/
            Michael C. McGrail
            Deputy Clerk