**ORAL ARGUMENT SCHEDULED FOR SEPTEMBER 22, 2025**

**Nos. 25-5144, 25-5145**

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

PATSY WIDAKUSWARA, ET AL.,
Plaintiffs-Appellees,
v.
KARI LAKE, IN HER OFFICIAL CAPACITY AS SENIOR ADVISOR TO THE ACTING CEO OF THE U.S. AGENCY FOR GLOBAL MEDIA, ET AL.,
Defendants-Appellants,

---

MICHAEL ABRAMOWITZ, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF VOICE OF AMERICA, ET AL.,
Plaintiffs-Appellees,
v.
KARI LAKE, IN HER OFFICIAL CAPACITY AS SENIOR ADVISOR TO THE ACTING CEO OF THE U.S. AGENCY FOR GLOBAL MEDIA, ET AL.,
Defendants-Appellants,

---

On Appeal from the United States District Court for the District of Columbia
Nos. 25-cv-1015, 25-cv-887 (Hon. Royce C. Lamberth)

---

**APPELLEES' JOINT UNOPPOSED MOTION TO DIVIDE "PERSONNEL ISSUES" ARGUMENT BY SUBJECT**

---

Counsel for Plaintiffs-Appellees in *Widakuswara* and *Abramowitz* are listed on signature pages

Pursuant to Federal Rule of Appellate Procedure 27, Plaintiffs-Appellees in Case Nos. 25-5144 and 25-5145 respectfully move to divide oral argument by subject. Defendants-Appellants do not oppose this motion. In support of this motion, Plaintiffs-Appellees state as follows:

Today, the Court issued an order allocating oral argument time between "Personnel Issues" and "Grant Issues." The Court allocated to Plaintiffs-Appellees 15 minutes per issue to divide between two attorneys. Plaintiffs-Appellees in Case Nos. 25-5144 (*Widakuswara*) and 25-5145 (*Abramowitz*), which are the only actions implicating "Personnel Issues," move this Court to further divide equally the Plaintiffs-Appellees' "Personnel Issues" argument by sub-issue. Specifically, Plaintiffs-Appellees propose that Counsel for the *Widakuswara* Plaintiffs-Appellees will argue jurisdictional issues and the balance of equities (Section I.A.1, and II of Defendants-Appellants' opening brief); counsel for the *Abramowitz* Plaintiffs-Appellees will argue APA-specific issues (sections I.A.2-3 of Defendants-Appellants' opening brief). Each party will handle argument regarding their respective irreparable harm.

Respectfully submitted,

| ZUCKERMAN SPAEDER LLP | EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP |
|---|---|
| /s/ | /s/ |
| William B. Schultz | Andrew G. Celli, Jr. |
| Margaret M. Dotzel | Debra L. Greenberger |
| Brian J. Beaton, Jr. | Daniel M. Eisenberg |
| 2100 L Street NW, Suite 400 | Nick Bourland |
| Washington, DC 20037 | One Rockefeller Plaza, 8th Floor |
| Tel: (202) 778-1800 | New York, New York 10020 |
| wschultz@zuckerman.com | (212) 763-5000 |
| mdotzel@zuckerman.com | acelli@ecbawm.com |
| bbeaton@zuckerman.com | dgreenberger@ecbawm.com |
|  | deisenberg@ecbawm.com |
|  | nbourland@ecbawm.com |

*Counsel for Plaintiffs Michael Abramowitz, Anthony LaBruto, and J Doe 2*

*Counsel for Plaintiffs Patsy Widakuswara, Jessica Jerreat, Kathryn Neeper, John Doe 1, John Doe 2, John Doe 3, John Doe 4, American Federation of State, County and Municipal Employees (AFSCME); American Federation of Government Employees (AFGE); American Foreign Service Association (AFSA); and The NewsGuild-CWA*

AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO (AFSCME)

/s/

Teague Paterson
Matthew Blumin
Georgina Yeomans
1625 L Street, N.W.
Washington, D.C. 20036
(202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org
GYeomans@afscme.org

*Counsel for Plaintiff American Federation of State, County, and Municipal Employees, AFL-CIO (AFSCME)*

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION | GOVERNMENT ACCOUNTABILITY PROJECT |

<div style="columns:2">

DEMOCRACY FORWARD FOUNDATION

_____/s/_____

Kristin Bateman\*
Robin F. Thurston
Skye L. Perryman
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kbateman@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

*Counsel for Plaintiffs American Federation of State, County and Municipal Employees (AFSCME); American Federation of Government Employees (AFGE); American Foreign Service Association (AFSA); The NewsGuild-CWA*

\*Admitted in California only; practicing under the supervision of District of Columbia Bar members

GOVERNMENT ACCOUNTABILITY PROJECT

_____/s/_____

David Z. Seide
1612 K Street, NW
Washington, DC 20006
(202) 457-0034
davids@whistleblower.org

*Counsel for Plaintiffs Patsy Widakuswara, Jessica Jerreat, Kathryn Neeper, John Doe 1, John Doe 2, John Doe 3, and John Doe 4*

AMERICAN FOREIGN SERVICE ASSOCIATION

_____/s/_____

Sharon Papp
Raeka Safai
2101 E Street, N.W.
Washington, D.C. 20037
(202) 338-4045
papp@afsa.org
safai@afsa.org

*Counsel for Plaintiff American Foreign Service Association (AFSA)*

</div>

STATE DEMOCRACY DEFENDERS FUND

_____/s/_____
Norman L. Eisen
Joshua Kolb
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
Norman@statedemocracydefenders.org
Joshua@statedemocracydefenders.org

*Counsel for Reporters Sans Frontières, Reporters Without Borders, Inc., American Federation of State, County and Municipal Employees (AFSCME); and American Federation of Government Employees (AFGE)*

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO

_____/s/_____
Rushab Sanghvi
80 F. Street, NW
Washington, DC 20001
(202) 639-6424
SanghR@afge.org

*Counsel for Plaintiff American Federation of Government Employees, AFL-CIO (AFGE)*

MEDIA FREEDOM & INFORMATION ACCESS CLINIC - YALE LAW SCHOOL**

_____/s/_____
David A. Schulz
127 Wall Street
New Haven, CT 06520
tobin.raju@YLSClinics.org
David.schulz@YLSClinics.org

*Counsel for Plaintiffs Patsy Widakuswara, Jessica Jerreat, Kathryn Neeper, and John Does 1-4*

** The views expressed herein do not purport to represent the institutional views of Yale Law School, if any.

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 150 words.

Dated: September 10, 2025                    *s/Georgina Yeomans*
                                             Georgina Yeomans