Emery Celli Brinckerhoff Abady Ward & Maazel LLP

Government Accountability Project

American Federation of Government Employees, AFL-CIO

American Foreign Service Association

American Federation of State, County and Municipal Employees, AFL-CIO

Democracy Forward Foundation

State Democracy Defenders Fund

Media Freedom and Information Access Clinic at Yale Law School

April 16, 2025

**Via CM/ECF**

Clifton Cislak
Clerk of Court
United States Court of Appeals for the D.C. Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

Re:  *Widakuswara, et al. v. Lake, et al.*, No. 25-5144
     *Radio Free Asia v. United States, et al.*, No. 25-5151
     *Middle East Broadcasting Networks, Inc. v. United States, et al.*, No. 25-5150

Dear Mr. Cislak:

      The plaintiffs-appellees in *Widakuswara v. Lake*, No. 25-5144, write in response to the government's September 15 letter contending that the "grants portion of these appeals is moot" because "USAGM has no further obligations under the district court's injunction and vacatur of the injunction would not provide USAGM relief."

      The *Widakuswara* plaintiffs-appellees concur in the letter submitted by Radio Free Asia (RFA) and Middle East Broadcasting Networks (MBN) on September 16. This appeal is not currently moot for the reasons explained in RFA and MBN's letter.

                                                                       Respectfully submitted,

                                                                        /s/ Kristin Bateman
                                                                        Kristin Bateman