# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5144**  **September Term, 2025**

1:25-cv-01015-RCL
1:25-cv-00887-RCL
1:25-cv-00966-RCL
1:25-cv-00907-RCL

**Filed On: September 17, 2025** [2135331]

Patsy Widakuswara, et al.,

    Appellees

    v.

Kari Lake, in her official capacity as Senior Advisor to the Acting CEO of the U.S. Agency for Global Media, et al.,

    Appellants

## O R D E R

Upon consideration of appellees' unopposed motion to divide "personnel issues" argument by subject, it is

**ORDERED** that the motion be denied.

### Per Curiam

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

BY:    /s/
                Michael C. McGrail
                Deputy Clerk