# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5144**

**September Term, 2025**

**1:25-cv-01015-RCL**
**1:25-cv-00887-RCL**
**1:25-cv-00966-RCL**
**1:25-cv-00907-RCL**

**Filed On:** September 18, 2025

Patsy Widakuswara, et al.,

      Appellees

    v.

Kari Lake, in her official capacity as Senior
Advisor to the Acting CEO of the U.S.
Agency for Global Media, et al.,

      Appellants

**No. 25-5145**

**1:25-cv-00887-RCL**

Michael Abramowitz, in his official capacity as
Director of Voice of America, et al.,

      Appellees

    v.

Kari Lake, in her official capacity as Senior
Advisor to the Acting CEO of the United States
Agency for Global Media, et al.,

      Appellants

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5144**                                        **September Term, 2025**

**No. 25-5150**

1:25-cv-00966-RCL

Middle East Broadcasting Networks, Inc.,

       Appellee

   v.

United States of America, et al.,

       Appellants

**No. 25-5151**

1:25-cv-00907-RCL

Radio Free Asia,

       Appellee

   v.

United States of America, et al.,

       Appellants

**BEFORE:**   Henderson, Wilkins, and Katsas, Circuit Judges

## O R D E R

Upon consideration of appellant's September 15, 2025, Rule 28(j) letter, and plaintiffs-appellees' responsive letters, it is

**ORDERED**, on the court's own motion, that the parties be prepared to address at oral argument on September 22, 2025, the issues of vacatur and mootness.

**Per Curiam**

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5144**　　　　　　　　　　　　　　　**September Term, 2025**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:　/s/
　　　Michael C. McGrail
　　　Deputy Clerk