# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5144**  **September Term, 2025**

**1:25-cv-01015-RCL**

**Filed On: September 19, 2025**

Patsy Widakuswara, et al.,

    Appellees

    v.

Kari Lake, in her official capacity as Senior Advisor to the Acting CEO of the U.S. Agency for Global Media, et al.,

    Appellants

_____

**No. 25-5145**

**1:25-cv-00887-RCL**

Michael Abramowitz, in his official capacity as Director of Voice of America, et al.,

    Appellees

    v.

Kari Lake, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media, et al.,

    Appellants

_____

**No. 25-5150**

**1:25-cv-00966-RCL**

Middle East Broadcasting Networks, Inc.,

    Appellee

    v.

United States of America, et al.,

    Appellants

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-5144** | **September Term, 2025** |
| _____ | |
| **No. 25-5151** | 1:25-cv-00907-RCL |

Radio Free Asia,

      Appellee

    v.

United States of America, et al.,

      Appellants

    **BEFORE:**    Henderson, Wilkins, and Katsas, Circuit Judges

## O R D E R

In light of the parties' submissions regarding the Fiscal Year 2025 grants, it is

**ORDERED**, on the court's own motion, that argument be limited to only the personnel issues with 15 minutes per side allocated in accordance with the court's order filed September 10, 2025. The portion of the order allocating argument time for the grants issues is hereby vacated.

### Per Curiam

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

BY:    /s/
        Scott H. Atchue
        Deputy Clerk