Nos. 25-5144, 25-5145, 25-5150, 25-5151

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

Patsy Widakuswara, et al.,
Plaintiffs-Appellees,

v.

Kari Lake, in her official capacity as Senior Advisor to the Acting CEO of the U.S. Agency for Global Media, et al.,
Defendants-Appellants,

Michael Abramowitz, in his official capacity as Director of Voice of America, et al.,
Plaintiffs-Appellees,

v.

Kari Lake, in her official capacity as Senior Advisor to the Acting CEO of the U.S. Agency for Global Media, et al.,
Defendants-Appellants,

Middle East Broadcasting Networks, Inc.,
Plaintiff-Appellee,

v.

United States of America, et al.,
Defendants-Appellants,

Radio Free Asia,
Plaintiff-Appellee,

v.

United States of America, et al.,
Defendants-Appellants,

On Appeals from the United States District Court for the District of Columbia
Nos. 25-cv-1015, 25-cv-887, 25-cv-966, 25-cv-907 (Hon. Royce C. Lamberth)

# NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE of the withdrawal of appearance of Abigail Stout as counsel for Defendants-Appellants in the above-captioned matters due to counsel's upcoming departure from the United

States Department of Justice.  Defendants-Appellants remain represented by other counsel from the Department of Justice, as reflected on the Court's docket, and by any other Department of Justice counsel who enter an appearance.

                                 Respectfully submitted,

                                 */s/ Abigail Stout*
                                 ABIGAIL STOUT
                                 (202) 514-1838
                                 *Counsel*
                                 *Civil Division*
                                 *U.S. Department of Justice*
                                 *950 Pennsylvania Ave., N.W.*
                                 *Washington, D.C.  20530*

JANUARY 2026

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2026, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

                                                */s/ Abigail Stout*
                                                ABIGAIL STOUT
                                                Counsel for Defendants-Appellants