# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5144**                          **September Term, 2025**

**1:25-cv-01015-RCL**

**Filed On: March 31, 2026**

Patsy Widakuswara, et al.,

      Appellees

    v.

Kari Lake, in her official capacity as Senior
Advisor to the Acting CEO of the U.S. Agency
for Global Media, et al.,

      Appellants

**No. 25-5145**                          **1:25-cv-00887-RCL**

Michael Abramowitz, in his official capacity as
Director of Voice of America, et al.,

      Appellees

    v.

Kari Lake, in her official capacity as Senior
Advisor to the Acting CEO of the United
States Agency for Global Media, et al.,

      Appellants

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5144**                                    **September Term, 2025**

**No. 26-5086**                                    **1:25-cv-00887-RCL**

Michael Abramowitz, in his official capacity as
Director of Voice of America, et al.,

      Appellees

    v.

Kari Lake, in her official capacity as Senior
Advisor to the Acting CEO of the United
States Agency for Global Media, et al.,

      Appellants

**No. 26-5087**                                    **1:25-cv-01015-RCL**

Patsy Widakuswara, et al.,

      Appellees

    v.

Kari Lake, in her official capacity as Senior
Advisor to the Acting CEO of the U.S. Agency
for Global Media, et al.,

      Appellants

2

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5144**                                    **September Term, 2025**

**BEFORE:**    Henderson, Wilkins, and Katsas, Circuit Judges

# O R D E R

Upon consideration of the motions to consolidate the above-captioned cases, the oppositions thereto, and the replies; the emergency motions for a stay pending appeal and an immediate administrative stay filed in Nos. 26-5086 and 26-5087, the oppositions thereto and supplement, and the replies; the motions to dismiss Nos. 26-5086 and 26-5087 as moot or to strike the motions for stay filed in those cases, the oppositions thereto, and the replies; the letters filed in Nos. 26-5086 and 26-5087; and the suggestions of mootness filed in Nos. 25-5144 and 25-5145, it is

**ORDERED** that the motions to consolidate be granted and that the above-captioned cases be consolidated.  It is

**FURTHER ORDERED** that the motions to dismiss Nos. 26-5086 and 26-5087 as moot or to strike the motions for stay filed in those cases be denied.  The district court's vacatur of the March 23, 2026 compliance deadline set out in its March 17, 2026 orders did not moot these appeals or invalidate the stay motions, as appellants challenge and seek to stay broader aspects of the district court's orders.  See, e.g., 3/19/26 Notice of Appeal, 1:25-cv-887-RCL, Abramowitz v. Lake, ECF #137; 3/19/26 Notice of Appeal, Widakuswara v. Lake, 1:25-cv-1015-RCL, ECF #224; Motions for Stay at 1, 3, 8.  It is

**FURTHER ORDERED** that the motions for a stay pending appeal be granted.  The district court's orders entered on March 17, 2026, in 1:25-cv-887-RCL, Abramowitz v. Lake, and 1:25-cv-1015-RCL, Widakuswara v. Lake, are stayed to the extent that they require that "all employees placed on administrative leave pursuant to defendants' March 2025 directive shall return to work."  Appellants have satisfied the stringent requirements for a stay pending appeal.  See Nken v. Holder, 556 U.S. 418, 434 (2009); D.C. Circuit Handbook of Practice and Internal Procedures 33 (2025).  It is

**FURTHER ORDERED** that the motions for an administrative stay be dismissed as moot.  It is

**FURTHER ORDERED** that the Clerk enter a briefing schedule for Nos. 26-5086 and 26-5087.  It is

3

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

## No. 25-5144                                    September Term, 2025

**FURTHER ORDERED** that, within fourteen days of the date of this order, appellants file a response to the suggestions of mootness filed in Nos. 25-5144 and 25-5145.  The response may not exceed 3,900 words.  Any reply is due within fourteen days after the filing of the response and may not exceed 1,950 words.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Scott H. Atchue
Deputy Clerk