# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5144** **September Term, 2025**

**1:25-cv-01015-RCL**
**1:25-cv-00887-RCL**

**Filed On: July 30, 2026** **[2185765]**

Patsy Widakuswara, et al.,

Appellees

v.

Kari Lake, in her official capacity as Senior Advisor to the Acting CEO of the U.S. Agency for Global Media, et al.,

Appellants

------------------------------

Consolidated with 25-5145

**M A N D A T E**

In accordance with the order of June 8, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Amy Yacisin
Deputy Clerk

Link to the order filed June 8, 2026